[No. 70491-5-I.   Division One.   September 29, 2014.]

SARAH A. EVISON, *Appellant*, v. DAVID VOSSLER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-08332-1, Jim Rogers, J., entered February 11, 2013. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 70637-3-I.   Division One.   September 29, 2014.]

MANUEL LA ROSA, *Respondent*, v. NORTHWEST WIND POWER, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-19135-2, Richard D. Eadie, J., entered July 2, 2013. *Reversed* and *remanded* by unpublished opinion per Trickey, J., concurred in by Appelwick and Dwyer, JJ.

[No. 70641-1-I.   Division One.   September 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LASHAWN D. HOOPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06672-6, Lori Kay Smith, J., entered July 11, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Cox, JJ.

[No. 71108-3-I.   Division One.   September 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIAS MEHARI REDA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01733-2, Dean Scott Lum, J., entered October 4, 2013. *Affirmed in part* and *remanded with instructions* by unpublished per curiam opinion.